# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES,<br>    Plaintiff, | : <br> : <br> : | CRIMINAL ACTION NO.<br>1:04-CR-0371-WBH |
| v. | : <br> : <br> : | CIVIL ACTION NO. |
| DEONTE CLARK,<br>    Defendant. | : <br> : | 1:14-CV-0648-WBH |

## ORDER

In the absence of objections, the Report and Recommendation, [Doc. 55], is **ADOPTED** as the order of this Court. Defendant's 28 U.S.C. § 2255 motion, [Doc. 52], is **DENIED** and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED,** this 31 day of March, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE